# EXHIBIT 1

## Case Information

A-20-815581-C | Melinda Homan, Plaintiff(s) vs. Little Peoples Head Start of Nevada, Defendant(s)

| | | |
|---|---|---|
| Case Number<br>A-20-815581-C<br>File Date<br>05/27/2020 | Court<br>Department 1<br>Case Type<br>Employment Tort | Judicial Officer<br>Cory, Kenneth<br>Case Status<br>Open |

## Party

Plaintiff
Homan, Melinda

Active Attorneys ▼
Lead Attorney
Gabroy, Christian
Retained

Attorney
Messer, Kaine
Retained

Defendant
Little Peoples Head Start of Nevada

　Aliases
　*DBA* Little People's Head Start
　*AKA* Little People's Head Start

## Events and Hearings

05/27/2020 Complaint With Jury Demand ▼

Complaint With Jury Demand - COMJD (CIV)

  Comment
  Complaint with Jury Demand

05/27/2020 Initial Appearance Fee Disclosure ▼

Initial Appearance Fee Disclosure - IAFD (CIV)

  Comment
  Initial Appearance Fee Disclosure

05/27/2020 Summons Electronically Issued - Service Pending ▼

  Comment
  Summons

07/10/2020 First Amended Complaint ▼

Amended Complaint - ACOM (CIV)

  Comment
  First Amended Complaint with Jury Demand

## Financial

Homan, Melinda
   Total Financial Assessment         $270.00
   Total Payments and Credits         $270.00

| 5/27/2020 | Transaction Assessment | | | $270.00 |
|---|---|---|---|---|
| 5/27/2020 | Efile Payment | Receipt # 2020-28344-CCCLK | Homan, Melinda | ($270.00) |

**Documents**

Complaint With Jury Demand - COMJD (CIV)

Initial Appearance Fee Disclosure - IAFD (CIV)

Amended Complaint - ACOM (CIV)