Gabroy Law Offices
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff Melinda Homan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA HOMAN, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>LITTLE PEOPLES HEAD START OF NEVADA d/b/a and a/k/a LITTLE PEOPLE'S HEAD START; EMPLOYEE(S)/AGENT(S) DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>        Defendants. | Case No: 3:20-cv-00439-RCJ-WGC<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

## <u>ORDER TO DISMISS WITH PREJUDICE</u>

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each

///

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

party to bear its own attorneys' fees and costs.

       Dated this 2nd day of November, 2020.

GABROY LAW OFFICES              WOODBURN AND WEDGE

By:___*/s/ Christian Gabroy*_____   By: _*/s/ Kelsey Gunderson*_____
    Christian Gabroy (#8805)            Ellen J. Winograd, Esq.
    Kaine Messer, (#14240)             Kelsey E. Gunderson, Esq.
    170 S. Green Valley Pkwy, Suite 280   6100 Neil Rd.
    Henderson, Nevada 89012           Suite 500
    (702) 259-7777                    Reno, NV 89511
    *Attorneys for Plaintiff*            Telephone: (775) 688-3000
                                   Fax: (775) 688-3088
                                   *Attorneys for Defendant*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
/UNITED STATES DISTRICT JUDGE

DATED:  November 24, 2020.

**GABROY LAW OFFICES**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704